■ PEARL FISHBERG v. BENNY FISHBERG.— Motion to dismiss appeal granted, with $10 costs, unless the appellant perfects the appeal for the February 1963 Term of this court. Motion to dispense with printing denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE B. McNEIL.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, McNally, Eager and Bergan, JJ.

■ LORETTA DOWLING et al., v. CHURCH OF OUR LADY OF REFUGE.— Motion to dispense with printing granted only to the extent of dispensing with the printing in the record on appeal of the medical testimony. In all other respects the motion is denied. The order of this court entered on November 5, 1962 is vacated. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

## (November 9, 1962)

■ In the Matter of the Commitment of IRIS LEWIS.— Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal of certain exhibits which are set forth in the moving papers on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Respondent's request to dispense with the printing of her respondent's points is granted, upon condition that the respondent serves one copy of the typewritten or mimeographed respondent's points on the attorney for appellant and files 6 typewritten or 19 mimeographed copies of respondent's points with this court. The order of this court, entered on November 5, 1962, is vacated. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ MADISON 52ND CORPORATION v. COLBEE 52ND STREET CORPORATION.— Motion granted only to the extent of adding the appeal to the December 4, 1962 Non-Enumerated Calendar of this court. The appellant is directed to procure the record on appeal and appellant's points to be served and filed on or before November 23, 1962, with notice of argument for December 4, 1962. Respondent's points are to be served and filed on or before November 29, 1962. In all other respects, the motion is denied. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.